Respectfully submitted,

HAYS, McCONN, RICE & PICKERING

BY: _____

BRUCE C. GAIBLE
State Bar No.: 07567400
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
713/654-1111 Fax: 713/650-0027

ATTORNEY FOR DEFENDANT,
ANUM ENTERPRISES, INC.

CRUSE, SCOTT, HENDERSON
& ALLEN, L.L.P.

BY: _____

Stephen R. Bailey *By Permission
State Bar No.: 01536660
2777 Allen Parkway 7th Floor
Houston, TX 77019
(713)650-6600   Fax (713)650-1720

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent by U. S. mail, certified mail return receipt requested, hand delivery, or by telecopy, on this _4th_ day of ~~December, 2007~~ to the following counsel:
                                                   January, 2008

Stephen R. Bailey
Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, Texas 77019


_____
Bruce C. Gaible

# HAYS | McCONN
### Attorneys at Law

BRUCE C. GAIBLE
WWW.HAYSMCCONN.COM

DIRECT LINE: (713) 752-8301
BGAIBLE@HAYSMCCONN.COM

January 4, 2008



_Hand Delivered_

Mr. Delton Arnic
113th District Clerk
Harris County
201 Caroline, 10th Floor
Houston, Texas 77002

Re:     Cause No. 2005-34601; _Marcy Berkley Dickey, Individually and a/n/f of Dashun Dickey and Kristian Dickey v. Metabolife International, Inc., et al_; Pending in the 113th Judicial District Court of Harris County, Texas

Dear Mr. Arnic:

Enclosed for filing in the above-captioned matter is an original and one copy of the following:

- Joint Motion to Lift Abatement for the Limited Purpose of Transfer;

- Order;

- Joint Motion to Transfer Civil Action Pursuant to Mandatory Provisions of 28 U.S.C. § 157(b)(5); and

- Order

Please file in your usual manner and return the copy file stamped to the undersigned to evidence the filing of same. _**Pursuant to our telephone conversation with Dorisina Hurd since the motions are joint motions, please present the Motions and Orders to the Judge for consideration**_.

### HAYS, McCONN, RICE & PICKERING
_A Professional Corporation_

04909.161 / 1065726.1

400 Two Allen Center | 1200 Smith Street | Houston, Texas 77002
Telephone 713.654.1111 | Facsimile 713.650.0027 | haysmcconn.com

January 4, 2008
Page 2

        Your cooperation in this matter is greatly appreciated.


                                Sincerely,

                                HAYS, MCCONN, RICE & PICKERING

                                Bruce C. Gaible

BCG:jb

Enclosures

cc:    Mr. Stephen R. Bailey
       Cruse, Scott, Henderson & Allen
       2777 Allen Parkway
       7th Floor
       Houston, Texas 77019

04909.161 / 1065726.1

# HAYS | McCONN
### Attorneys at Law

BRUCE C. GAIBLE
WWW.HAYSMCCONN.COM

DIRECT LINE: (713) 752-8301
BGAIBLE@HAYSMCCONN.COM

December 21

```
F I L E D
Theresa Chang
District Clerk

FEB 05 2008

Time:_____
         Harris County, Texas
By_____
            Deputy
```

*Hand Delivered*

Mr. Delton Arnic
113th District Clerk
Harris County
201 Caroline, 10th Floor
Houston, Texas 77002

Re:   Cause No. 2005-34601; *Marcy Berkley Dickey, Individually and a/n/f of Dashun
      Dickey and Kristian Dickey v. Metabolife International, Inc., et al*; Pending in the 113th
      Judicial District Court of Harris County, Texas

Dear Mr. Arnic:

      Enclosed for filing in the above-captioned matter is an original and one copy of
a Notice of Oral Hearing on February 25, 2008, at 10:00 a.m. on the Joint Motion to
Lift Abatement for the Limited Purpose of Transfer and Joint Motion to Transfer Civil
Action Pursuant to Mandatory Provisions of 28 U.S.C. § 157(b)(5) previously filed.
Please file in your usual manner and return the copy file stamped to the undersigned to
evidence the filing of same.

      Your cooperation in this matter is greatly appreciated.

                              Sincerely,

                              HAYS, McCONN, RICE & PICKERING

                              Bruce C. Gaible

BCG:jb

Enclosures

HAYS, McCONN, RICE & PICKERING
*A Professional Corporation*

04909.161 / 1073518.1

400 Two Allen Center | 1200 Smith Street | Houston, Texas 77002
Telephone 713.654.1111 | Facsimile 713.650.0027 | haysmcconn.com

February 1, 2008
Page 2


cc:    Mr. Stephen R. Bailey
       Cruse, Scott, Henderson & Allen
       2777 Allen Parkway
       7th Floor
       Houston, Texas 77019

       (W/Enclosure)

CAUSE NO. 2005-34601

| | | |
|---|---|---|
| MARCY BERKLEY DICKEY, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF DASHUN DICKEY AND KRISTIAN | § | |
| DICKEY | § | |
| | § | HARRIS COUNTY, TEXAS |
| VS | § | |
| | § | |
| METABOLIFE INTERNATIONAL, INC., ET | § | 113th JUDICIAL DISTRICT |
| AL | | |

## NOTICE OF ORAL HEARING

To:   Plaintiff, by and through her attorneys of record, Stephen R. Bailey, Jay H. Henderson, Cruse, Scott, Henderson & Allen, 2777 Allen Parkway, 7th Floor, Houston, Texas 77019

PLEASE TAKE NOTICE that the Joint Motion to Lift Abatement for the Limited Purpose of Transfer and Joint Motion to Transfer Civil Action Pursuant to Mandatory Provisions of 28 U.S.C. § 157(b)(5) have been set for **oral** hearing on February 25, 2008, at 9:00 a.m.

The hearing on said motions will take less than 20 minutes and no court reporter is needed.



**F I L E D**
Theresa Chang
District Clerk

FEB 05 2008

Time:_____
Harris County, Texas
By_____
Deputy

04909.161 / 1073512.1

Respectfully submitted,

HAYS, McCONN, RICE & PICKERING

BY: _____

BRUCE C. GAIBLE
State Bar No.: 07567400
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
713/654-1111 Fax: 713/650-0027

ATTORNEY FOR DEFENDANT,
ANUM ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent by U. S. mail, certified mail return receipt requested, hand delivery, or by telecopy, on this ___ day of February, 2008 to the following counsel:

Stephen R. Bailey
Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, Texas 77019

_____
Bruce C. Gaible

04909.161 / 1073512.1

**Page 2**

CAUSE NO. 2005-34601

| | | |
|---|---|---|
| MARCY BERKLEY DICKEY, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY AND AS NEXT FRIEND | § | |
| OF DASHUN DICKEY AND KRISTIAN | § | |
| DICKEY | § | |
| | § | HARRIS COUNTY, TEXAS |
| VS | § | |
| | § | |
| METABOLIFE INTERNATIONAL, INC., | § | 113th JUDICIAL DISTRICT |
| ET AL | | |

*FILED* Theresa Chang District Clerk Time: JAN 04 2008 By Harris County, Texas Deputy

## PLAINTIFF MARCY BERKLEY DICKEY, INDIVIDUALLY AND AS NEXT FRIEND OF DASHUN DICKEY AND KRISTIAN DICKEY AND DEFENDANT ANUM ENTERPRISES, INC.'S JOINT MOTION TO TRANSFER CIVIL ACTION PURSUANT TO MANDATORY PROVISIONS OF 28 U.S.C. § 157(b)(5)

COMES NOW, Plaintiffs, MARCY BERKLEY DICKEY, INDIVIDUALLY and AS NEXT FRIEND OF DASHUN DICKEY and KRISTIAN DICKEY, and Defendant, ANUM ENTERPRISES, INC., and file this their Joint Motion to Transfer Pursuant to 28 U.S.C. § 157(b)(5), in the above entitled and numbered cause, and would respectfully show unto the court as follows:

### Background

#### A. Facts

Plaintiffs brought suit against Metabolife International, Inc. (hereinafter "Metabolife") in Plaintiffs' Original Petition, which was filed on or about May 23, 2005. The suit is a products liability action involving the herbal epehdra-based weight loss product, Metabolife 356.

\#1063846v1 <imanage> -Dickey.M-P-Joint Motion to transfer

On or about July 1, 2005 Plaintiffs' filed their First Amended Original Petition naming Anum Enterprises, Inc. as a defendant (hereinafter "Anum"), and thereafter Anum was served and filed an Answer.  Under various theories of liability plaintiffs have alleged causes of action against Metabolife International, Inc. and Anum. Thereafter, Anum asserted that it is entitled to statutory indemnity as against Metabolife for all claims and causes of action asserted by plaintiffs against it.

On or about July 30, 2005 Metabolife filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court, Southern District of California. As a result of the pending bankruptcy action of Metabolife, this current action was stayed as to both the plaintiffs' claims against Metabolife and Anum, as well as Anum's claim for indemnity against Metabolife.  Therefore, Plaintiffs and Anum previously asked this court to abate this present suit. Simultaneously with the filing of said motion, Plaintiffs and Anum file this Motion to Transfer for the reasons set forth below.

## B. The MDL Proceeding For Ephedra Products

On April 13, 2004, the Judicial Panel on Multidistrict Litigation (the "Panel" or "JPML") issued an order consolidating 15 similar actions involving epehdra-containing products in the Southern District of New York before Judge Jed S. Rakoff pursuant to 28 U.S.C. § 1407(hereinafter "MDL 1598").  *See* In re Ephedra Prods.

Liab. Litig., (J.P.M.L. 2004). The Panel found that the 15 actions "involve common

questions of fact, and that centralization under Section 1407 in the Southern District

of New York will serve the convenience of the parties and witnesses and promote the

just and efficient conduct of the litigation." Id.  The Panel ordered transfer, even

though the actions involved differences in the defendants, the products, the legal

theories of recovery, and the types of injuries involved, because all of the actions

"focus on alleged side effects of ephedra-containing products." Id.

## B. The Bankruptcy Proceeding

Under the weight of continued litigation by consumers of its ephedra-based

products, Metabolife filed a Chapter 11 Bankruptcy Petition on or about June 30,

2005, in the United States Bankruptcy Court for the Southern District of

California. This operated to invoke bankruptcy jurisdiction over the various claims

pending against Metabolife and the other defendants in the various state and

federal courts around the country where such claims are pending.

Thereafter, on or about October 24, 2005, the United States District Court

for the Southern District of California entered an Order pursuant to 28 U.S.C. §

157(b)(5), that the personal injury tort and wrongful death claims, shall be heard

in the United States District Court for the Southern District of California, rather

than in state and federal courts throughout the country.   As such, the Southern

District of California issued an order regarding transfer of multiple cases, in state and federal courts on June 30, 2005, to the Southern District of New York.

Finally, on or about October 11, 2007, the United States District Court for the Southern District of California entered a Supplemental Order Regarding Transfer of Cases Pursuant to 28 U.S.C. § 157(b)(5), which included *Dickey v. Metabolife, et al.*, 113th Judicial District Court for Harris County, Texas, Case No. 2005-34601. In particular, the Southern District of California ordered transfer of *Dickey v. Metabolife, et al.*, to the Southern District of California, only temporarily, for the purpose of forwarding it on to the Ephedra MDL Action in the Southern District of New York. As such, the parties hereby request transfer of this case to the Southern District of California.

## MOTION TO TRANSFER

The basis for this Motion to Transfer is the mandatory venue determinations of a personal injury case provided in title 28 U.S.C. § 157(b)(5):

"The district court shall order that personal injury, tort and wrongful death claims shall be tried in the district court in which the bankruptcy case is pending, or the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending. (Emphasis added)." 28 U.S.C. § 157(b)(5). Under the mandatory language of 28 U.S.C. § 157(b)(5), the "Home" District Court in which the debtor's case was filed (or is pending) has the exclusive

jurisdiction over any court action against the debtor irrespective of where the claim was originally filed.

It is the general policy of the Bankruptcy Court that all proceedings in a bankruptcy case be conducted in the district in which the bankruptcy petition was filed (the "home court").[1] Further, for all purposes of liquidation of the amount of these claims where a right to a jury trial exists– jurisdiction for such jury trial liquidation of the amount of these personal injury claims is vested in the United States District Court pursuant to 28 U.S.C. § 157(b)(5). It is only the Federal District Court which may determine the venue for trial of these cases. No actions taken after the filing of Metabolife's Chapter 11 case may determine which court will conduct a trial of this matter, except that Federal District Court. *In A.H. Robbins, Inc. v. Piocc*, 788 F.2d 994 (4th Cir. 1986), cert. denied, 479 U.S. 876 (1986), the Fourth Circuit had "no difficulty" in finding that the district court in which the bankruptcy was pending had authority under § 157(b)(5) to determine where personal injury tort actions pending against the debtor would proceed. In analyzing the grant of "power" for the district court pursuant to Section 157(b)(5), the Fifth Circuit in *Baumgart v. Fairchild Aircraft Corp.*, 981 F.2d 824 (5th Cir. 1993) said "the district court in which the bankruptcy is pending shall have the added power to order tried in its own venue

_____

[1] *In re Barley*, 738 F.2d 981, 988 (9th Cir. 1984); *Kotlicky v. Belford*, 64 Bankr. Rptr., 689, 691 (N.D. Ill. 1986) (a strong presumption exists favoring transfer to the home court); see also 1 Collier on Bankruptcy 11 3.02[2][a] at 3-136 (15th Ed. 1989) ("[U]nless strong reasons can be shown to the contrary, the home court is the proper venue for civil proceedings.").

personal injury tort and wrongful death claims filed elsewhere, or to order such cases tried in the district court where those claims arose." *Id.*

In the case at bar, Metabolife International filed a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the Southern District of California. Therefore, the Southern District of California has the exclusive jurisdiction over this action. Accordingly, the United States District Court for Southern District of California has determined the transfer of this case is proper to the United States District Court for the Southern District of California, as reflected in the court's Supplemental Order Regarding Transfer of Cases Pursuant to 28 U.S.C. § 157(b)(5). See Supplemental Order attached hereto as Exhibit "A".

Therefore, transfer of this case to the United States District Court for the Southern District of California is required. As such, the parties hereby request that this Court transfer this case to the United States District Court for the Southern District of California, so that once received by the United States District Court for the Southern District of California, it may be transferred as a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation" No. 04-1598 (JSR), pending in the United States District Court for the Southern District of New York.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Anum request that this court grant their Motion to Transfer and transfer this case to the United

States District Court for the Southern District of California, and for such other

and further relief, both special and general, at law and equity, to wit these parties

may be justly entitled.

Respectfully submitted,

HAYS, McCONN, RICE & PICKERING

BY: _____

BRUCE C. GAIBLE
State Bar No.: 07567400
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
713/654-1111 Fax: 713/650-0027

ATTORNEY FOR DEFENDANT,
ANUM ENTERPRISES, INC.

CRUSE, SCOTT, HENDERSON
& ALLEN, L.L.P.

BY: _____

Stephen R. Bailey *By Permission
State Bar No.: 01536660
2777 Allen Parkway 7th Floor
Houston, TX 77019
(713)650-6600   Fax (713)650-1720

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument has been duly sent by U. S. mail, certified mail return receipt requested, hand delivery, or by telecopy, on this ___ day of ~~December, 2007~~ to the following counsel: _January 1, 2008_

Stephen R. Bailey
Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, Texas 77019


_____
Bruce C. Gaible

**DEFENDANT'S EXHIBIT**

FILED

2007 OCT 11  AM 8:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CASE NO.  05cv1802-IEG (RBB)

**SUPPLEMENTAL ORDER REGARDING TRANSFER OF CASES PURSUANT TO 28 U.S.C. § 157(b)(5)**

In Re:

MII LIQUIDATION fka METABOLIFE INTERNATIONAL, INC. and ALPINE HEALTH PRODUCTS, LLC,

Debtors/Petitioners

On or about October 24, 2005, this Court entered its Order granting the petition of the Debtors-in-Possession pursuant to 28 U.S.C. § 157(b)(5) for an order determining that personal injury tort and wrongful death ("PITWD") claims, which cannot be tried in bankruptcy court, shall be heard in this district court rather than in state and federal courts throughout the country ("PITWD Order").

On or about December 2, 2005, Debtors-in Possession provided the Court with a list identifying Ephedra Actions which were not part of the MDL proceeding as of the date of the filing of the Metabolife and Alpine Health bankruptcy petitions on June 30, 2005. This Court ordered that those cases be transferred to this Court.

810415.1

1    At this time, there remain five actions which were not included on that list and therefore

2    have not yet been transferred to this Court pursuant to the PITWD Order due to the fact that they

3    were either not yet filed, or were inadvertently overlooked. Those actions are: (1) *Bilderback v.*

4    *Metabolife, et al.* Washington Superior Court for Pierce County, Case No. 05-2-06767-1;

5

6    (2) *Dickey v. Metabolife, et al.* 113th Judicial District Court for Harris County, Texas, Case No.

7    2005-34601; (3) *German v. Metabolife, et al.* San Diego Superior Court, Case No. GIC 849826;

8    (4) *Hazelwood v. Metabolife, et al,* Circuit Court of Jackson County, Missouri at Kansas City,

9    Case No. 04cv233637; *Sobczak v. Metabolife, et al.* San Diego Superior Court,

10   Case No. GIC 849722 ("Five Remaining Cases").

11   Based upon the Court's November 3, 2005 order and on the stipulations signed by counsel

12   for each of the respective parties named in the Five Remaining Cases (which are attached hereto

13   as Exhibit 1) and to effect the transfer of the Five Remaining Cases to this Court, the Court

14

15   hereby orders as follows:

16   1. Each of the Five Remaining Cases shall be transferred forthwith to this Court. Counsel

17   for Debtors-in-Possession shall take such action as is necessary to transfer venue of the identified

18   Five Remaining Cases to this Court;

19   2. The Five Remaining Cases are to be transferred to this Court only temporarily, for the

20   purpose of forwarding them on to the Ephedra MDL Action in the Southern District of New

21

22   York. Counsel for Debtors-in-Possession shall take such action as is necessary to complete the

23   ///

24   ///

25   ///

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Supplemental Order
05cv1802

1    transfer of said cases to the MDL, including, but not limited to notifying the JPML of the transfer

2    to this Court and requesting a CTO for transfer to the Southern District of New York.

3    **IT IS SO ORDERED.**

4    DATED: _10/10/07_

5                                                    HON. IRMA E. GONZALEZ, Chief Judge
                                                     United States District Court
6                                                    Southern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

810415.1                                    3

THE HONORABLE THOMAS J. FELNAGLE

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| DENNIS C. BILDERBACK, Jr. and DAPHNE BILDERBACK, husband and wife, individually and the marital community composed thereof, | NO. 05-2-06767-1 |
| Plaintiffs, | **STIPULATION FOR TRANSFER** |
| v. | |
| MORTON GENERAL HOSPITAL; RONALD J. WILLIAMS, M.D.; METABOLIFE INTERNATIONAL, INC., a California corporation; and THE CHEMINS COMPANY, INC., a Colorado corporation; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, and pursuant to 28 USC Section 157(b)(5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR),

STIPULATION FOR TRANSFER - 1

12360 Lake City Way NE, #420
Seattle, WA 98125
LAW OFFICES OF REED SCHIFFERMAN    Tel: 206-365-3650

1 | pending in the United States District Court for the Southern District of New York.

2 |       The undersigned agree:

3 |   •  That the United States Judicial Panel on Multidistrict Litigation ("JPML") should

4 |       forthwith send this action, pursuant to a Conditional Transfer order ("CTO"), to the

5 |       Ephedra MDL; and

6 |   •  To cooperate in the designation of this action as a tag-along action and waive, to the

7 |       extent permissible under the JPML rules, any opportunity to object to or oppose such

8 |       CTO.

9 | **IT IS SO STIPULATED:**

10 |      DATED this _____ day of July, 2007.

11 | Dated:  7-6-07

12 |                                          LAW OFFICES OF REED SCHIFFERMAN

13 |

14 | By _____
    |      Reed P. Schifferman, WSBA #11172

15 |      Attorneys for Plaintiffs

16 | Dated:  7/9/07                          JOHNSON GRAFFE KEAY MONIZ & WICK

17 |

18 | By _____

19 |      A. Clarke Johnson, WSBA #8280
    |      Attorneys for Defendants Williams and Morton
    |      General Hospital

20 |

21 |

22 |

23 |

24 |

STIPULATION FOR TRANSFER - 2

1    pending in the United States District Court for the Southern District of New York.

2          The undersigned agree:

3    •    That the United States Judicial Panel on Multidistrict Litigation ("JPML") should

4          forthwith send this action, pursuant to a Conditional Transfer order ("CTO"), to the

5          Ephedra MDL; and

6    •    To cooperate in the designation of this action as a tag-along action and waive, to the

7          extent permissible under the JPML rules, any opportunity to object to or oppose such

8          CTO.

9    **IT IS SO STIPULATED:**

10         DATED this _____ day of July, 2007.

11   Dated: ___7 - 6 · 07_____          LAW OFFICES OF REED SCHIFFERMAN

12

13

14   By _____
         Reed P. Schifferman, WSBA #11172
15       Attorneys for Plaintiffs

16   Dated: _____          JOHNSON GRAFFE KEAY MONIZ & WICK

17

18                                      By _____
                                            A. Clarke Johnson, WSBA #8280
19                                      Attorneys for Defendants Williams and Morton
                                        General Hospital
20

21

22

23

24

STIPULATION FOR TRANSFER - 2

1    pending in the United States District Court for the Southern District of New York.

2    The undersigned agree:

3    •    that the United States Judicial Panel on Multidistrict Litigation ("JPML") should

4    forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra

5    MDL; and

6

7    •    to cooperate in the designation of this action as a tag-along action and waive, to

8    the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

9

10

**IT IS SO STIPULATED:**

11   DATED: *October 2, 2007*                    HIGGS, FLETCHER & MACK LLP

12

13

14   By: _____
     WILLIAM M. LOW, ESQ.
15   Attorneys for Defendant,
     Metabolife International, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

CAUSE NO. 2005-34601

| | | |
|---|---|---|
| MARCY BERKLEY DICKEY,<br>INDIVIDUALLY AND AS NEXT FRIEND<br>OF DASHUN DICKEY, AND<br>KRISTIAN DICKEY<br>　　　　Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, T E X A S |
| METABOLIFE INTERNATIONAL, INC.,<br>WAL-MART STORES, INC.,<br>MUSCLETECH RESEARCH<br>DEVELOPMENT, INC.,<br>RUSCHE PROPERTIES I LLC, AND<br>ANUM ENTERPRISES, INC.<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | 113th JUDICIAL DISTRICT |

## <u>STIPULATION FOR TRANSFER</u>

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR), pending in the United States District Court for the Southern District of New York.

The undersigned agree:

H:\DATA\mbd001\70149\423225.DOC

•    that the United States Judicial Panel on Multidistrict Litigation ("JPML")
should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to
the Ephedra MDL; and

•    to cooperate in the designation of this action as a tag-along action and
waive, to the extent permissible under the JPML rules, any opportunity to object to or
oppose such CTO.

**IT IS SO STIPULATED:**

DATED: ___6/11/07___

CRUSE, SCOTT, HENDERSON & ALLEN, LLP

By: _____

Stephen R. Bailey
Texas Bar No. 01536660
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Tel:  (713) 650-6600
 Fax: (713) 650-1720
 E-mail: sbailey@crusescott.com

*Attorneys for Plaintiffs,*
*Marcy Berkley Dickey, Individually*
*and As Next Friend of Dashun Dickey,*
*and Kristian Dickey*

DATED: ___8/9/07___

HAYS, MCCONN, RICE & PICKERING

By: _____

Bruce C. Galbie
Texas Bar No. 07567400
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
Tel:  (713) 654-1111
Fax: (713) 650-0027

*Attorneys for Defendant*
*Anum Enterprises, Inc.*

H:\DATA\mbd00170140\123226.DOC                    2 .

DATED: *October 2, 2007*

HIGGS, FLETCHER & MACK, L.L.P.

By: _____

William M. Low
First National Bank Building
401 West "A" Street, Suite 2600
San Diego, CA 92101
Tel: (619) 236-1551
Fax: (619) 696-1410

*Attorneys for Defendant*

H:\DATA\mbd001\70146\23226.DOC

3

3

1  JOHN C. THORNTON, ESQ. SBN: 84492
   ANNE ANDREWS, ESQ. SBN: 103280
2  **ANDREWS & THORNTON**
   2 CORPORATE PARK, SUITE 110
3  IRVINE, CALIFORNIA 92606
   TELEPHONE: (949) 748-1000
4  FACSIMILE: (949) 315-3540

5  Attorneys for Plaintiffs

6

7                SUPERIOR COURT FOR THE STATE OF CALIFORNIA

8                     FOR THE COUNTY OF SAN DIEGO

9

10 **CAROLYN GERMAN and GLEN**        )  CASE NO. GIC 849826
   **GERMAN,**                        )
11                                    )  **STIPULATION FOR TRANSER**
                   Plaintiffs,        )
12                                    )
           vs.                        )
13                                    )
   **METABOLIFE INTERNATIONAL, INC.L**)
14 **MICHAEL EIILIS; ROBERT BRADLEY;**)
   **MICHAEL BLEVINS** and DOES 1 through)
15 100, inclusive,                    )
                                      )
16                 Defendants.        )
                                      )
17 _____)

18
        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their
19
   respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-
20
   captioned matter be transferred to the United States District Court for the Southern
21
   District of California.
22
        The undersigned further stipulate that this action, once received by the United
23
   States District Court for the Southern District of California, is a tag-along action to the
24
   existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-
25
   1598 (JSR), pending in the United States District Court for the Southern District of New
26
   York.
27

28

                                         1
                            STIPULATION FOR TRANSFER

1    The undersigned agree:

2    • that the United States Judicial Panel on Multidistrict Litigation ("JPML") should

3    forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the

4    Ephedra MDL; and

5

6    • to cooperate in the designation of this action as a tag-along action and waive,

7        to the

8    extent permissible under the JPML rules, any opportunity to object to or oppose such

9    CTO.

10

11   **IT IS SO STIPULATED:**

12

13

14   Dated: _Oct 7, 2007_          By: _____

15                                      **ANDREWS & THORNTON**
                                        Anne Andrews
16                                      John C. Thornton
                                        Attorneys for Plaintiffs
17

18   Dated: _____    **HIGGS, FLETCHER & MACK, LLP**

19

20

21                                   By: _____

22

23

24

25

26

27

28

2
STIPULATION FOR TRANSFER

1   pending in the United States District Court for the Southern District of New York.

2   The undersigned agree:

3       •       that the United States Judicial Panel on Multidistrict Litigation ("JPML") should

4   forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra

5

6   MDL; and

7       •       to cooperate in the designation of this action as a tag-along action and waive, to

8   the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

9

10

11  **IT IS SO STIPULATED:**

12  DATED: _____          HIGGS, FLETCHER & MACK LLP

13

14                                          By:_____
                                               WILLIAM M. LOW, ESQ.
15                                             Attorneys for Defendant,
                                               Metabolife International, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

DARRIN HAZELWOOD                    )
                                    )
        Plaintiff,                  )
                                    )
                                    )
    v.                              )          Case No.:    04CV233637
                                    )          Division No.: 4
                                    )
METABOLIFE INTERNATIONAL,           )
INC., a corporation;                )
METABOLIFE INTERNATIONAL            )
LLC, a company; GLOBAL              )
METABOLIFE 356 LLC, a company;      )
                                    )
        Defendants.                 )

## STIPULATION FOR TRANSFER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR), pending in the United States District Court for the Southern District of New York.

The undersigned agree:

• that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

- to cooperate in the designation of this action as a tag-along action and waive, to

the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

Respectfully submitted,

**PETERSON & ASSOCIATES, P.C.**

David M. Peterson          #32229
Samuel M. Wendt           #53573
Nicholas S. Clevenger      #57171
Peter E. Goss              #57933
The Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, Missouri 64112
Phone: (816) 531-4440
Fax: (816) 531-0660
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE:**

I hereby certify that on this _18th_
day of June, 2007 a true and
correct of the above and
foregoing document was
sent via U.S. Mail postage
prepaid to:

Higgs, Fletcher & Mack LLP
William M. Low, Esquire
Mary R. Robberson, Esquire
401 West "A" Street, Suite 2600
San Diego, CA 92101
619-236-1551
619-696-1410 FAX
**ATTORNEYS FOR DEFENDANT**

ATTORNEY FOR PLAINTIFF

Z:\Active Cases\METABOLIFE\ACTIVE CASES\Hazelwood, Darrin\PLEADINGS\Stipulation.DOC

2

pending in the United States District Court for the Southern District of New York.

The undersigned agree:

• that the United States Judicial Panel on Multidistrict Litigation ("JPML") should

forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra

MDL; and

• to cooperate in the designation of this action as a tag-along action and waive, to

the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED: October 2, 2007

HIGGS, FLETCHER & MACK LLP

By
WILLIAM M. LOW, ESQ.
Attorneys for Defendant,
Metabolife International, Inc.

809329.1

Trent B. Miracle
SIMMONSCOOPER LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| Nicole A. Sobczak, Individually, | CASE NO. GIC 849722 |
| Plaintiff, | **STIPULATION FOR TRANSFER** |
| v. | |
| Metabolife International, Inc., and DOES 1 through 50, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, and pursuant to 28 U.S.C. § 157 (b) (5), that the above-captioned matter be transferred to the United States District Court for the Southern District of California.

The undersigned further stipulate that this action, once received by the United States District Court for the Southern District of California, is a tag-along action to the existing multi-district litigation styled "In re Ephedra Products Liability Litigation," No. 04-1598 (JSR), pending in the United States District Court for the Southern District of New York.

809329.1

The undersigned agree:

* that the United States Judicial Panel on Multidistrict Litigation ("JPML") should forthwith send this action, pursuant to a Conditional Transfer Order ("CTO"), to the Ephedra MDL; and

* to cooperate in the designation of this action as a tag-along action and waive, to the extent permissible under the JPML rules, any opportunity to object to or oppose such CTO.

**IT IS SO STIPULATED:**

DATED: 6-11-07                    SIMMONSCOOPER LLC

By: _____
    TRENT B. MIRACLE, ESQ.
    Attorney for Plaintiff,

DATED: October 2, 2007           HIGGS, FLETCHER & MACK LLP

By: _____
    WILLIAM M. LOW, ESQ.
    Attorneys for Defendant,

1 | MII LIQUIDATION fka METABOLIFE        CASE NO. 05cv1802-IEG (RBB)
    INTERNATIONAL, INC. and ALPINE
2 | HEALTH PRODUCTS, INC.

3

## PROOF OF SERVICE

4     I, Denise L. Saria, declare:

5     I am a resident of the State of California and over the age of eighteen years, and not a
party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San
6 Diego, California 92101-7913. On October 5, 2007, I served the within documents, with all
exhibits (if any):
7

8            SUPPLEMENTAL ORDER REGARDING TRANSFER OF
           CASES PURSUANT TO 28 U.S.C. § 157(b)(5)

9

10 ☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set
    forth below on this date before 5:00 p.m. A copy of the transmission report issued
11     by the transmitting facsimile machine is attached hereto.

12 ☒     by placing the document(s) listed above in a sealed envelope with postage thereon
    fully prepaid, in the United States mail at San Diego, California addressed as set
13     forth below.

14 ☐     by placing the document(s) listed above in a sealed _____ envelope and
    affixing a pre-paid air bill, and causing the envelope to be delivered to a
15     _____ agent for delivery. A true and correct copy of the airbill is attached
16     hereto.

17 ☐     by personally delivering the document(s) listed above to the person(s) at the
    address(es) set forth below.
18

☐     by transmitting via e-mail or electronic transmission the document(s) listed above
19     to the person(s) at the e-mail address(es) set forth below.

20     **See attached Service List**

21     I am readily familiar with the firm's practice of collection and processing correspondence
for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
22 day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
23 meter date is more than one day after date of deposit for mailing in affidavit.

24     I declare that I am employed in the office of a member of the bar of this court at whose
direction the service was made. Executed on October 5, 2007, at San Diego, California.
25

26

27                       _____
                              Denise L. Saria

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

827620.1                                           CASE NO. 05CV1802

1

# SERVICE LIST

2  Stephen R. Bailey, Esq.
   Texas State Bar No. 01536660
3  2777 Allen Parkway, 7th Floor
   Houston, Texas 77019
4  Tel: 713.650.6600
   Fax: 713.650.1720
5  Email: sbailey@crusescott.com

6  *Attorneys for Plaintiffs,*
   *Marcy Berkley Dickey, Individually*
7  *and As Next Friend of Dashun Dickey,*
   *and Kristian Dickey*
8
   Bruce C. Gaible, Esq.
9  Texas Bar No. 07567400
   400 Two Allen Center
10 1200 Smith Street
   Houston, Texas 77002
11 Tel: 713.654.1111
   Fax: 713.650.0027
12
   *Attorney for Defendant*
13 *Anum Enterprises, Inc.*

14

15

16 Reed P. Schifferman, Esq.
   WSBA #11172
   Law Offices of Reed Schifferman
17 12360 Lake City Way, NE, #420
   Seattle, Washington 98125
18 Tel: 206.365.3650
   Fax: 206.365.3898
19
   *Attorney for Plaintiffs,*
20 *Dennis C. Bilderback, Jr. and*
   *Daphne Bilderback, husband and wife,*
21 *individually and the marital community*
   *composed thereof*
22
   A. Clarke Johnson, Esq.
23 WSBA #8280
   JOHNSON GRAFFE KEAY MONIZ & WICK
24 925 Fourth Avenue, Suite 2300
   Seattle, Washington 98104-1158
25 Tel: 206.223.4770
   Fax: 206.386.7344
26
   *Attorneys for Defendants,*
27 *William and Morton General Hospital*

28

Trent B. Miracle, Esq.
SIMMONSCOOPER LLC
707 Berkshire Boulevard
East Alton, Illinois 62024
Tel: 618.259.2222

*Attorney for Plaintiff,*
*Nicole A. Sobczak, Individually*

David M. Peterson, Esq.
Samuel M. Wendt, Esq.
Nicholas S. Clevenger, Esq.
Peter E. Gross, Esq.
PETERSON & ASSOCIATES, P.C.
The Park Plaza Building
801 West 47th Street, Suite 107
Kansas City, Missouri 64112
Tel: 816.531.4440
Fax: 816.531.0660

*Attorneys for Plaintiff,*
*Darrin Hazelwood*