# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 27, 2008

Jay H. Henderson
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston TX 77019

Raymond A. Neuer
Sheehy Serpe & Ware,
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010-1003

Bruce C. Gaible
Hays, McConn, Rice and Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

RE: Dickey v. Metabolife International, Inc.

    You are hereby notified that the above entitled case was on 3/26//07 transferred from the Harris County, Houston Texas to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Barry Ted Moskowitz, and on all future filings please show the case number as **08cv544 BTM(JMA).**

W. Samuel Hamrick, Jr.
Clerk of Court

By:     s/ J. Laviolette
        Deputy Clerk

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 27, 2008

Jay H. Henderson
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston TX 77019

Raymond A. Neuer
Sheehy Serpe & Ware,
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010-1003

Bruce C. Gaible
Hays, McConn, Rice and Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

RE: Dickey v. Metabolife International, Inc.

You are hereby notified that the above entitled case was on 3/26//07 transferred from the Harris County, Houston Texas to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Barry Ted Moskowitz, and on all future filings please show the case number as **08cv544 BTM(JMA).**

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/ J. Laviolette_____
Deputy Clerk

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 27, 2008

Jay H. Henderson
Cruse, Scott, Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston TX 77019

Raymond A. Neuer
Sheehy Serpe & Ware,
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010-1003

Bruce C. Gaible
Hays, McConn, Rice and Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

RE: Dickey v. Metabolife International, Inc.

    You are hereby notified that the above entitled case was on 3/26//07 transferred from the Harris County, Houston Texas to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Barry Ted Moskowitz, and on all future filings please show the case number as **08cv544 BTM(JMA).**

W. Samuel Hamrick, Jr.
Clerk of Court

By:     s/ J. Laviolette
          Deputy Clerk