1 | Wayne S. Flick (Bar No. 149525)
2 | Indira E. Smith (Bar No. 230433)
  | LATHAM & WATKINS LLP
3 | 633 West Fifth Street, Suite 4000
  | Los Angeles, California 90071-2007
4 | Telephone: (213) 485-1234
  | Facsimile: (213) 891-8763
5 | Email: wayne.s.flick@lw.com;
  | indira.smith@lw.com

6 | Attorneys for Defendant
  | **MII LIQUIDATION, INC.**
7 | **(f/k/a METABOLIFE INTERNATIONAL, INC.)**

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCY and KRISTIAN DICKEY, | Case No. 08-CV-00544 BTM (JMA) |
| Plaintiffs, | |
| vs. | **NOTICE OF JOINT MOTION AND** |
| METABOLIFE INTERNATIONAL, INC. et. al, | **JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE** |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Marcy and Kristian Dickey and Defendant MII Liquidation, Inc. (formerly known as Metabolife, International, Inc.) (collectively, the "Parties"), by and through their respective counsels of record, jointly move to dismiss the above-captioned case in its entirety on the ground that a settlement has been reached in connection with the related MDL pending in the United States District Court for the Southern District of New York resolving all remaining claims herein.

The Parties' Joint Motion to Dismiss Action Without Prejudice (the "Joint Motion") is based on the accompanying memorandum of points and authorities, matters of which the Court may take judicial notice, and any other evidence as may be before the Court.

The Parties waive the regular notice period for entry of an order on the Joint Motion.

Respectfully submitted,

DEFENDANTS' COUNSEL

Dated: May 30, 2008     By  /s/ Indira E. Smith
                              Indira E. Smith
                              Attorney for MII GUC Trust

PLAINTIFFS' COUNSEL

Dated: May 30, 2008     By  /s/ Stephen R. Bailey
                              Stephen R. Bailey
                              Attorney for Marcy and Kristian Dickey

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs Marcy and Kristian Dickey and Defendant MII Liquidation, Inc. (formerly known as Metabolife, International, Inc.) (collectively, the "Parties"), by and through their respective counsels of record, jointly move the Court to dismiss the above-captioned action in its entirety.

On May 23, 2005, Plaintiffs sued Defendants in Texas state court. The claims against Defendants Wal-Mart Stores, Inc. and Muscletech Research and Development, Inc. were voluntarily dismissed by the Plaintiffs on September 2, 2005. Defendant Rusche Properties I, LLC was not served and did not file an appearance.

On March 27, 2008, the remaining claims in the Texas case were transferred to this Court for purposes of eventual transfer to the Multidistrict Litigation in the United States District Court for the Southern District of New York (the "MDL"), Case No. 08-cv-00544. However, before the case could be transferred, the parties in the MDL reached a global settlement, the terms of which included Plaintiffs' claims.

On May 30, 2008, the Parties communicated by email with Bruce C. Gaible, counsel for Anum Enterprises, Inc. Mr. Gaible is not admitted to practice before this Court but, on behalf of Defendant Anum, he does not object to this Motion to Dismiss.

Therefore, the Parties agree that the above-captioned case can and should be dismissed in its entirety without prejudice because Plaintiffs' claims for relief are being addressed as part of the settlement in the MDL.

///

///

///

LA\1862845.1

JOINT MOTION TO DISMISS

2

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DEFENDANTS' COUNSEL |
| Dated: May 30, 2008 | By /s/ Indira E. Smith |
|   | Indira E. Smith<br>Attorney for MII GUC Trust |
|   | PLAINTIFFS' COUNSEL |
| Dated: May 30, 2008 | By /s/ Stephen R. Bailey |
|   | Stephen R. Bailey<br>Attorney for Marcy and Kristian Dickey |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1862845.1

JOINT MOTION TO DISMISS

3