## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, California 90071. On June 6, 2008, I caused the foregoing to be served:

**Notice of Joint Motion and Joint Motion to Dismiss Action Without Prejudice**

I caused the above document(s) to be deposited for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles, which practice is that when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. The facsimile of the above document(s) was transmitted to the following parties: See the attached Facsimile List.

**X**   I caused a sealed envelope or package containing the document(s) to be placed in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of U.S. Mail, with U.S. Mail postage paid, addressed to all parties listed on the attached Service List.

I caused such envelope to be delivered by Federal Express or Hand Delivery to the offices of the addressee(s). See attached Service List.

I cause a pdf version of this document to be delivered via electronic mail to the attached Service List.

I declare under penalty of perjury that the above is true and correct. Executed on June 6, 2008 at Los Angeles, California.

                                                /s/ Colleen M. Rico
                                                  Colleen M. Rico

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Service List**

**Raymond A. Neuer**
Sheehy Serpe and Ware
Attorneys at Law
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010-1003

**Bruce Gaible**
Hays, McConn, Rice and Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

**Stephen Bailey**
Cruse, Scott, Henderson and Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019