1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY and KRISTIAN DICKEY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>METABOLIFE INTERNATIONAL, INC. et al.,<br><br>    Defendants. | Case No. 08-CV-00544 BTM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE** |

LA\1862839.1                                                                                                ORDER RE: DISMISSAL

1  On June 6, 2008, Plaintiffs Marcy and Kristian Dickey and Defendants MII Liquidation, Inc. (f/k/a Metabolife International, Inc.), Wal-Mart Stores Inc., Muscletech Research & Development, Inc., Rushce Properties I, LLC, and Anum Enterprises, Inc. filed a Joint Motion to Dismiss Action Without Prejudice [Docket No. 2] on the ground that the above-captioned case has been disposed of in connection with a global settlement reached by the parties in an MDL in the Southern District of New York.

NOW, THEREFORE, based on good cause appearing, the above-captioned Case No. 08-CV-00544 is HEREBY ORDERED DISMISSED, without prejudice.

Dated: June 17, 2008

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge

LA\1862839.1                                                                    ORDER RE: DISMISSAL
1